

[FLL] Fort Lauderdale-Hollywood International Airport, 1100 Lee Wagener Blvd., Suite 312, Ft. Lauderdale, FL 33315
www.aerolawcenter.com   |   tel. 954.400.4643   |   fax. 954.210.8431   |   ewing@aerolawcenter.com

07.26.2018

*Via Certified Mail -- Return Receipt Requested; and*
*USPS Priority Mail Overnight*

Eagle Support Corp.
8113 N.W. 33rd Street
Doral, Fl 33122

      Re:    Civil Theft Notice Pursuant to Florida Statute 772.11(1)

Mr. Schneider:

    PLEASE BE ADVISED, the undersigned has been retained by Servicios Aereos Platinum, C.A., a Venezuela corporation with a principal office located in Caracas, Venezuela (hereinafter, "SAP"), to pursue an action against Eagle Support Corp. ("Eagle Support") for Civil Theft under Section 772.11, Florida Statutes. This demand letter comes as a result of your theft of ($2,000,000.00) TWO MILLION US dollars. The aforementioned theft occurred when you accepted and retained the purchase price of the Aircraft under the Aircraft Purchase Agreement ("Agreement") executed between the parties, and intentionally refused to refund the monies despite demand to do so. As you are aware, pursuant to Article 9.D.1., of the Agreement, in the event of the Seller's default, the Buyer (SAP) shall have the option to terminate this Agreement by written notice to the Seller, and the purchase price shall immediately be refunded to Buyer without deductions of any kind. As you are also aware, on April 04, 2018, SAP sent written notice to Eagle Support canceling the contract for failure to deliver the Aircraft, and demanded a return of the funds in full.

    Pursuant to Section 772.11, Fla. Stat., for the act of theft set forth above, SAP hereby demands from you the immediate payment of treble damages in the amount of ($6,000,000.00) SIX MILLION US dollars. Payment in full must be received by the undersigned in hand no later than 30 days from the date you receive this demand, at the law offices of Aero Law Center, located at Fort Lauderdale-Hollywood International Airport, 1100 Lee Wagener Blvd., Suite 312, Fort Lauderdale, Florida 33315. Such payment must be in the form of a Cashier's Check, payable to Aero Law Center Trust Account, or, with prior appointment, via wire transfer to Aero Law Center's IOLTA account. If you comply with the demands made herein within 30 days after receipt of this letter, SAP shall give you a written release from further civil liability for the specific acts of theft enumerated above.

    If you fail to pay the sums demanded herein in full in the form and manner described herein, SAP intends to institute a claim for civil theft and will further pursue any and all available remedies for the collection of sums due it to the fullest extent allowed by law, including treble damages, attorneys' fees, legal costs, and all other remedies available at law.

EXHIBIT A

Page 2

    Nothing contained in this notice shall be deemed a waiver or modification of the terms of any other prior demands or related documents SAP has or may have made on you. I strongly advise you to seek the advice of counsel so that you may be apprised of your liability in this matter.

GOVERN YOURSELF ACCORDINGLY,

JONATHAN A. EWING, BCS
Board Certified Aviation Lawyer

JAE/jc



