UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-CV-23050 MARTINEZ/OTAZO-REYES

SERVICIOS AEREOS PLATINUM, C.A.,
a Venezuelan corporation,

    Plaintiff,

v.

EAGLE SUPPORT CORP.,
a Florida corporation, and
HECTOR SCHNEIDER,
individually

    Defendants.
_____/

## FINAL JUDGMENT

This cause is before the Court upon its Order granting Plaintiff, SERVICIOS AEREOS PLATINUM, C.A. ("SAP")'s Renewed Motion for Default Final Judgment [D.E. 110].

Judgment is hereby entered in favor of Plaintiff, SERVICIOS AEREOS PLATINUM, C.A. and against Defendants EAGLE SUPPORT CORP. and HECTOR SCHNEIDER. Plaintiff shall recover the total sum of $6,000,000.00 from Defendants EAGLE SUPPORT CORP. and HECTOR SCHNEIDER, plus post judgment interest at the applicable rate of 6.57% per annum, for which let execution issue immediately.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 26th day of May, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE