**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

**SERVICIOS AEREOS PLATINUM, C.A.**, a Venezuelan corporation.

      **Plaintiff**,

v.

**EAGLE SUPPORT, CORP.;**
**and HECTOR SCHNEIDER;**

      **Defendants**.
_____/

**CASE NO.** 18-cv-23050 Martinez/Otazo-Reyes

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Post-Judgment Motion for Attorneys Fees and Costs and Incorporated Memorandum of Law [D.E. 115]. Judge Otazo-Reyes' report recommends an award to Plaintiff of attorneys' fees in the amount of $73,185.00 and costs in the amount of $659.95, for a total award of $73,844.95. An objection to Judge Otazo-Reyes' report was never filed. Therefore, after reviewing the Motion and the record, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Honorable Alicia M. Otazo-Reyes' Report and Recommendation is **AFFIRMED AND ADOPTED.**

    2.    Plaintiff's Post-Judgment Motion for Attorneys Fees and Costs and Incorporated Memorandum of Law [D.E. 115] is **GRANTED**. Plaintiff is awarded attorneys' fees in the amount of $73,185.00 and costs in the amount of $659.95.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE