**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**SERVICIOS AEREOS PLATINUM,**
**C.A.**, a Venezuelan corporation.

      **Plaintiff**,
v.

**CASE NO.** 18-cv-23050 Martinez/Otazo-Reyes

**EAGLE SUPPORT, CORP.;**
**and HECTOR SCHNEIDER;**

      **Defendants**.
_____/

## AMENDED FINAL JUDGMENT

This cause is before the Court upon its Order granting Plaintiff, SERVICIOS AEREOS PLATINUM, C.A. ("SAP") Renewed Motion for Default Final Judgment [D.E. 110] and Post-Judgment Motion for Attorneys Fees and Costs and Incorporated Memorandum of Law [D.E. 115].

Judgment is hereby entered in favor or Plaintiff, SERVICIOS AEREOS PLATINUM, C.A. and against Defendants EAGLE SUPPORT CORP. and HECTOR SCHNEIDER, jointly and severally. Plaintiff shall recover the total sum of $6,000,000.00 from Defendants EAGLE SUPPORT CORP. and HECTOR SCHNEIDER, plus post judgment interest at the applicable rate of 6.57% per annum, attorneys' fees in the amount of $73,185.00 and costs in the amount of $659.95, for which let execution issue immediately.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE